```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Application of                          :
                                              :
MAN GROUP LIMITED, MAN STRATEGIC              :     24-MC-559 (JHR) (OTW)
HOLDINGS LIMITED, MAN INVESTMENTS             :
LIMITED, and MAN INVESTMENTS AG,              :     ORDER
                                              :
                Petitioners,                  :
                                              :
For an Order to Obtain Discovery Pursuant to  :
28 U.S.C. § 1782 for Use in a Foreign         :
Proceeding.                                   :
                                              :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 30. Accordingly:

- Petitioners' opposition to Respondent Wafra's motion to quash and vacate the February 4 Order is due **Tuesday, February 18, 2025**.

- Proposed Intervenor EFG Bank AG may also respond to Wafra's motion, by **Tuesday, February 18, 2025**.

- Wafra's reply is due **Friday, February 21, 2025**.

**SO ORDERED.**

Dated: February 11, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge