# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br>clearygottlieb.com<br><br>D: +1 212 225 2069<br>lbensman@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **3/27/2025**

March 26, 2025

> Application GRANTED. Wafra, Inc.'s deadline to file objections to the March 14, 2025 Opinion and Order, ECF No. 55, is hereby extended to **April 4, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 56.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: March 27, 2025

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
ReardenNYSDChambers@nysd.uscourts.gov

      Re:    *In re Application of Man Entities*, Case No. 24-mc-00559-JHR-OTW (S.D.N.Y.)

Dear Judge Rearden,

      We represent Wafra, Inc. ("Wafra") in the above captioned proceedings.

      We respectfully submit this letter motion on behalf of Wafra, to request an extension to Wafra's deadline to file objections to the order and opinion issued by Judge Wang on March 14, 2025, ECF No. 55 (the "Order"), which in relevant part denied Wafra's motion to quash a subpoena for the production of documents served by the the Man Group Limited, Man Group Strategic Holdings Limited, Man investments Limited and EFG Bank AG (together "Petitioners," and with Wafra, the "Parties") on Wafra, ECF No. 21-1 (the "Subpoena").

      The Parties are working to agree on a discovery protocol that would resolve Wafra's objections to the Order and Subpoena. The Parties have made substantial progress over the past week but require more time to reach an agreement. As such, Wafra respectfully requests that the Court order a stipulation granting an extension to Wafra's deadline to object to the Order to April 4, 2025, so that the Parties can continue negotiating in good faith and avoid burdening the Court with further motion practice.

      Wafra's current deadline to object to the Order is March 28, 2025. There have been no previous requests for adjournment or extensions of time. Petitioners consent to the extension, which is memorialized in the attached stipulation and proposed order, *see* Exhibit A. The Parties do not have a scheduled appearance before the Court.

Hon. Jennifer H. Rearden, p. 2

                                                          Respectfully submitted

                                                          */s/ Lina Bensman*
                                                          Lina Bensman
                                                          Rahul Mukhi
                                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                          One Liberty Plaza
                                                          New York, New York 10006
                                                          T: 212-225-2000
                                                          lbensman@cgsh.com
                                                          rmukhi@cgsh.com

                                                          *Attorneys for Wafra Inc.*

cc:      All counsel of record (via ECF)