**NEW UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re Application of

MAN GROUP LIMITED, MAN STRATEGIC
HOLDINGS LIMITED, MAN INVESTMENTS
LIMITED, and MAN INVESTMENTS AG,

               Petitioners,

For an Order to Obtain Discovery Pursuant to
28 U.S.C. § 1782 for Use in a Foreign
Proceeding.

-------------------------------------------------------------x

:
:
:        24-MC-559 (JHR) (OTW)
:
:
:        **UNSEALING ORDER**
:
:
:
:
:
:
:
:

        **ONA T. WANG**, **United States Magistrate Judge**:

        I previously denied the outstanding sealing motions in this matter and directed any

party who wished for ECF Nos. 4, 6, 44, 51, and 53 to remain sealed to file an objection by June

22, 2026. (ECF 70). As no objections have been filed, the Clerk of Court is respectfully directed

to unseal ECF Nos. 4, 6, 44, 51, and 53

        **SO ORDERED.**

_/s/ Ona T. Wang_

Dated: June 23, 2026            **Ona T. Wang**
      New York, New York      United States Magistrate Judge